IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**JUAN EVANS,**
    **Plaintiff,**

**vs.**                                               **3:06cv269/RV/MD**

**STATE OF FLORIDA, et al.,**
    **Defendants.**

_____

**O R D E R**

    Upon consideration of the Report and Recommendation of the Magistrate Judge filed on November 16, 2006, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    This case is TRANSFERRED to the United States District Court for the Northern District of Florida, Tallahassee Division.

    At Pensacola, Florida, this 20th day of December, 2006.

                                        */s/ Roger Vinson*
                                        **ROGER VINSON**
                                        **SENIOR UNITED STATES DISTRICT JUDGE**